# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS T STRINGER #127238/513433 | CIVIL ACTION NO. 22-1983 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| C WASHINGTON ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 13) is **GRANTED** and that all claims against all defendants are dismissed with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of August, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE